# EXHIBIT "B"

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

ROBERT HUBAL

vs.

COOPERATIVE REGIONS OF
ORGANIC PRODUCER POOLS        CIVIL ACTION NO. _____

## AFFIDAVIT OF BRION HYBERTSON, ESQ.
## IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL

Brion Hybertson, Esq., upon his oath, deposes and says as follows:

1. I am the Associate General Counsel to Defendant Cooperative Regions of Organic Producer Pools. The information set forth in this Affidavit is of my own personal knowledge and that of others in the company with whom I have communicated.

2. Cooperative Regions of Organic Producer Pools is a Wisconsin cooperative association incorporated under the laws of the state of Wisconsin pursuant to Wisconsin Statutes Chapter 185.

3. Cooperative Regions of Organic Producer Pools' principal place of business is One Organic Way, La Farge, Wisconsin 54639.

4. This affidavit is being made in support of the Defendant's Notice of Removal of the present action to the United States District Court for the Middle District of Pennsylvania.

_____
Brion Hybertson, Esq.

Sworn to and subscribed to before me
On this 28th day of June, 2017.

_____
Notary Public  Jaima Waggoner

COMMISSION EXPIRES: 4-15-19

JAIMA WAGGONER
Notary Public
State of Wisconsin