# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

**ROBERT HUBAL**

vs.

**COOPERATIVE REGIONS OF ORGANIC PRODUCER POOLS**

**CIVIL ACTION NO. 17-1155**

## CORPORATE DISCLOSURE STATEMENT OF DEFENDANT COOPERATIVE REGIONS OF ORGANIC PRODUCER POOLS PURSUANT TO FED. R. CIV. P. 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant certifies that Cooperative Regions of Organic Producer Pools has no parent corporation. No publicly-held corporation owns 10% or more of Defendant's stock.

Dated: July 5, 2017

By: <u>Scott J. Etish</u>
Scott J. Etish
**GIBBONS P.C.**
One Logan Square
130 North 18th Street
Suite 1210
Philadelphia, Pennsylvania 19103
(215) 665-0400
setish@gibbonslaw.com
*Attorney for Defendant Cooperative Regions of Organic Producer Pools*

2552165.1  114685-95500

## **CERTIFICATE OF SERVICE**

I certify that on July 5, 2017, the foregoing Corporate Disclosure Statement was electronically filed with the Court and served upon the following via U.S. Mail, postage prepaid:

>Joseph A. O'Brien, Esq.
>Oliver, Price & Rhodes
>1212 South Abington Road
>P.O. Box 240
>Clarks Summit, PA  18411
>jaob@oprlaw.com

      s/Scott J. Etish
          Scott J. Etish